UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLE EAST FORUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 19-009 (RBW) |

**ANSWER**

Defendant United States Department of State (the "State Department") hereby answers Plaintiff Middle East Forum's complaint for declaratory and injunctive relief (the "Complaint"), ECF No. 1, in this Freedom of Information Act ("FOIA") case as follows:

1. This paragraph consists of Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendant denies. In addition, Defendant avers that the FOIA request at issue was submitted to the State Department and not to the U.S. Agency for International Development ("USAID").

2. This paragraph contains Plaintiff's conclusion of law, to which no response is required. To the extent a response is required, Defendant denies.

3. Defendant admits that Plaintiff requested a fee waiver for its FOIA request. The remainder of this paragraph consists of Plaintiff's characterization of its request letter. The request letter speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

4. This paragraph consists of Plaintiff's further characterization of its request letter. The request letter speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

4. Admit as of the date of this Complaint.[1]

5. This paragraph contains Plaintiff's conclusion of law, to which no response is required. To the extent a response is required, Defendant denies.

6. This paragraph consists of Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendant denies. To the extent that Plaintiff asserts that a suit against the State Department can be used to compel USAID to produce records, Defendant denies.

## PARTIES

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8. Defendant admits that it is a federal agency headquartered in Washington, DC.

## JURISDICTION AND VENUE

10-11. These paragraphs contain Plaintiff's conclusion of law, to which no response is required.[2]

## FACTUAL BACKGROUND

12. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegation that Plaintiff submitted a FOIA request to USAID on July 12, 2018, or the allegation regarding the records sought by any such request to USAID. Defendant further avers that Plaintiff sent a FOIA request dated July 12, 2018, to State. The request letter speaks for itself and is the

---

[1] This Answer contains two paragraph 4s because there are two paragraph 4s in the Complaint.

[2] This Answer does not include a paragraph 9 because there is no paragraph 9 in the Complaint.

best evidence of its contents.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

      13-16.  These paragraphs consist of Plaintiff's further characterization of its request letter. The request letter speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

### Defendant's Reply and Subsequent Proceedings

      17.     Defendant admits that it sent Plaintiff an acknowledgement letter dated September 14, 2018, via mail.  The remainder of this paragraph consists of Plaintiff's characterization of Defendant's September 14, 2018, letter.  The letter speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.  The last sentence of this paragraph contains a conclusion of law to which no response is required.

      18.     This paragraph consists of Plaintiff's further characterization of Defendant's September 14, 2018, letter.  The letter speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.  The second sentence of this paragraph contains a conclusion of law to which no response is required.

      19-21.  These paragraphs consist of Plaintiff's further characterization of Defendant's September 14, 2018, letter.  The letter speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

      22.     Defendant admits that no further correspondence took place between Plaintiff and Defendant as of the date of this Complaint.

23. Defendant admits that as of the date of this Complaint, it had not notified Plaintiff of a production schedule. The remainder of this paragraph contains Plaintiff's conclusions of law to which no response is required; to the extent a response is required, Defendant denies.

24-25. These paragraphs contain Plaintiff's conclusions of law to which no response is required.

## ARGUMENTS

24. Denied as written.[3]

25-27. These paragraphs contain Plaintiff's characterization of the FOIA and related caselaw, to which no response is required. The FOIA and cited caselaw speak for themselves and are the best evidence of their contents. Defendant respectfully refers the Court to the FOIA and cited caselaw for a full and accurate statement of their contents.[4]

28-29. These paragraphs contain Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

## FIRST CLAIM FOR RELIEF Seeking Declaratory Judgment

28. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.[5]

29. This paragraph contains Plaintiff's conclusions of law, to which no response is required.[6] To the extent a response is required, Defendant denies.

---

[3] This Answer contains two paragraph 24s because there are two paragraph 24s in the Complaint.

[4] This Answer contains two paragraph 25s because there are two paragraph 25s in the Complaint.

[5] This Answer contains two paragraph 28s because there are two paragraph 28s in the Complaint.

[6] This Answer contains two paragraph 29s because there are two paragraph 29s in the Complaint.

30. This paragraph consists of Plaintiff's requests for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested.

## SECOND CLAIM FOR RELIEF Seeking Injunctive Relief

31. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

32. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

33. This paragraph consists of Plaintiff's request for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested.

34. This paragraph consists of Plaintiff's requests for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested.

## THIRD CLAIM FOR RELIEF Seeking Costs and Fees

35. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

36. This paragraph contains Plaintiff's characterization of the FOIA, to which no response is required. The FOIA speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents.

37. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies.

38. This paragraph consists of Plaintiff's requests for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested.

The remaining, unnumbered paragraph of the Complaint consists of Plaintiff's requests for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested.

Defendant hereby denies each and every allegation in the Complaint not expressly answered or qualified above.

## AFFIRMATIVE DEFENSE

Defendant reserves its right to amend, alter and supplement the affirmative defense contained in this Answer as the facts and circumstances giving rise to the Complaint becomes known to Defendant through the course of this litigation.

The FOIA request that is the subject of this lawsuit implicates certain information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required or permitted. *See* 5 U.S.C. § 552.

Dated: April 22, 2019

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar # 472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar # 924092
    Chief, Civil Division

    By: /s/ Marsha W. Yee
    MARSHA W. YEE
    Assistant United States Attorney
    Civil Division
    United States Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2539
    Email: Marsha.Yee@usdoj.gov

    *Counsel for Defendant*