UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLE EAST FORUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-009 (RBW) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 24, 2019, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The United States Department of State (the "Department") has advised that it made two additional productions of non-exempt, responsive records on August 12, 2019, and September 12, 2019. The Department has further advised that it has completed its searches for records responsive to plaintiff's FOIA request and that it has located approximately 240 potentially responsive records. The Department has advised that approximately 75 records remain to be processed, that the remaining records largely contain material requiring external consultation or possible submitter review before release, and that it currently anticipates completing its productions on November 12, 2019, after two additional rolling releases.

The parties propose filing another joint status report on or before November 21, 2019.

Dated:  September 17, 2019

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *[signature]* | JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division |
| Clifford V. Smith<br>D.C. Bar # 1644742<br>Maryland State Bar # 201106150244<br>csmith@meforum.org<br>(202) 730-9793 | By: /s/ Marsha W. Yee<br>MARSHA W. YEE<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |