UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLE EAST FORUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-009 (RBW) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 21, 2019, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

In the joint status report filed on November 11, 2019, ECF No. 16, the United States Department of State (the "Department") had advised that it anticipated completing its production on or before December 19, 2019.  The Department has now advised that it was not able to complete its production because it still has not received another agency's response to the final consultation package sent to that agency.  The Department has further advised that the other agency indicated that its response is imminent.

The parties propose filing another joint status report on or before February 27, 2020, unless a stipulation of dismissal is filed on or before that date.

Dated:  January 15, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *[signature]* | JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division |
| Clifford V. Smith<br>D.C. Bar # 1644742<br>Maryland State Bar # 201106150244<br>csmith@meforum.org<br>(202) 730-9793<br><br>*Counsel for Plaintiff* | By: /s/ Marsha W. Yee<br>MARSHA W. YEE<br>Assistant United States Attorney<br>Civil Division<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov<br><br>*Counsel for Defendant* |